IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Marc D. Kinander ) | Case No. 18-23425-CMB |
| Kristen H. Kinander, ) | Chapter 13 |
| Debtor(s) ) | Docket No. 43 & 45 |
| ) | |

**CERTIFICATE OF SERVICE FOR ORDER OF COURT ON AMENDED SCHEDULES I & J WITH 341 NOTICE AND NOTICE OF SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>January 12, 2021</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Via: CCF/CM cmef@chapter13truteewdpa.com

| | |
|---|---|
| Date: <u>January 12, 2021</u> | /s/ Kenneth M. Steinberg |
| | Kenneth M. Steinberg |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | kenny.steinberg@steidl-steinberg.com |
| | PA I.D. No. 31244 |

**PAWB Local Form 7 (07/13)**