**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Marc D. Kinander**
**Kristen H. Kinander**
**aka Kristen Lynn Kinander**
   Debtor(s)

Bankruptcy Case No.: 18–23425–CMB

Chapter: 13
Docket No.: 46 – 44
Concil. Conf.: February 25, 2021 at 11:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __12th___ day of __January___, __2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

1. First class mail.

2. Via: CCF/CM

on the respondent(s) at (list names and addresses here):

1. See attached mailing matrix.

2. Ronda J. Winnecour, Esquire
   cmef@chapter13truteewdpa.com

Executed on ___January 12, 2021_____    _____/s/ Kenneth M. Steinberg_____
           (Date)               (Signature)

__Steidl & Steinberg, 707 Grant Street, Sutie 2830, Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23425-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jan 12 12:48:58 EST 2021 | ARM Ins<br>PO Box 277690<br>Hollywood, FL 33027-7690 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| Allegheny Health Network<br>565 Coal Valley Road<br>Clairton, PA 15025-3703 | Bay Area Credit Service<br>PO Box 467600<br>Atlanta, GA 31146-7600 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Care Credit/Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Client Services<br>3451 Harry S. Truman Blvd<br>Saint Charles, MO 63301-9816 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | Foundation Radiology<br>PO Box 1198<br>Somerset, PA 15501-0336 |
| (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jefferson Hills Surgical<br>1200 Brooks Lane Suite 170<br>Jefferson Hills, PA 15025-3759 |
| Jefferson Hospital<br>PO Box 3475<br>Toledo, OH 43607-0475 | Kristen H. Kinander<br>2982 Kestner Avenue<br>Pittsburgh, PA 15227-2418 | Marc D. Kinander<br>2982 Kestner Avenue<br>Pittsburgh, PA 15227-2418 |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club<br>Department 34268<br>PO Box 39000<br>San Francisco, CA 94139-0001 | Mohela<br>PO Box 105347<br>Atlanta, GA 30348-5347 |
| NAVIENT CFC<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | NAVIENT PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Navient<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 |
| Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |

```
(p)PERITUS PORTFOLIO SERVICES          PNC Bank                                (p)PNC BANK RETAIL LENDING
PO BOX 141419                          PO Box 6534                             P O BOX 94982
IRVING TX 75014-1419                   Carol Stream, IL 60197-6534             CLEVELAND OH 44101-4982


PRA Receivables Management, LLC        Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue
PO Box 41021                           Bankruptcy Division                     Department 280946
Norfolk, VA 23541-1021                 P.O. Box 280946                         P.O. Box 280946
                                       Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                                                               Harrisburg, PA 17128-0946


Peoples Natural Gas Company LLC        (p)PORTFOLIO RECOVERY ASSOCIATES LLC    SYNCHRONY BANK
c/o S. James Wallace, P.C.             PO BOX 41067                            c/o Weinstein & Riley, PS
845 N. Lincoln Ave.                    NORFOLK VA 23541-1067                   2001 Western Ave., Ste 400
Pittsburgh, PA 15233-1828                                                      Seattle, WA 98121-3132


South Pittsburgh Anesthesia            Kenneth M. Steinberg                    US Dept of Education/MOHELA
1699 Washington Road                   Steidl & Steinberg                      633 Spirit Dr
Suite 307                              Suite 2830 Gulf Tower.                  Chesterfield, Mo 63005-1243
Pittsburgh, PA 15228-1629              707 Grant Street
                                       Pittsburgh, PA 15219-1908


Verizon                                WFFNATBank                              S. James Wallace
by American InfoSource as agent        PO Box 29482                            GRB Law
PO Box 248838                          Phoenix, AZ 85038-9482                  Frick Building, 437 Grant Street
Oklahoma City, OK  73124-8838                                                  14th Floor
                                                                               Pittsburgh, PA 15219


Wells Fargo Bank, N.A.                 Ronda J. Winnecour
PO Box 10438, MAC F8235-02F            Suite 3250, USX Tower
Des Moines, IA  50306-0438             600 Grant Street
                                       Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase                                  Dell                                    Freedom Financial
PO Box 6294                            PO Box 6403                             4940 S. Wendler Drive, Suite 210
Carol Stream, IL 60197                 Carol Stream, IL 60197                  Tempe, AZ 85282


(d)Freedom Plus                        PERITUS PORTFOLIO SERVICES LLC          (d)PERITUS PORTFOLIO SERVICES LLC
Box 2340                               PO BOX 141419                           PO BOX 141419
Phoenix, AZ 85002                      Irving, Tx 75014-1419                   Irving, Tx 75014-1419


PNC Bank, N.A.                         Portfolio Recovery Associates, LLC
3232 Newmark Drive                     POB 12914
Miamisburg, OH 45342                   Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(u)PNC Bank National Association

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    46
Bypassed recipients     4
Total                  50