PROCEEDING MEMO

**Date: 03/01/2021 10:00 am**

**In re:** Marc D. Kinander
Kristen H. Kinander

Bankruptcy No. 18-23425-CMB
Chapter: 13
Doc. # 50

**Appearances:** James Warmbrodt, Denise Carlon, Julie Steidl

**Nature of Proceeding:** #50 Motion of PNC Bank National Association for Relief from the Automatic Stay

**Additional Pleadings:** #53 CNO

**Judge's Notes:**
-Why is property not being sold to pay creditors if there is a large amount of equity in the property?
-Steidl: Debtor has left the property and the state. No longer interested in the property.
-Perhaps case should be converted and trustee should sell property?
-Warmbrodt: Debtors' exemptions are in excess of $49,000. As a result, there is minimal equity in property.
OUTCOME: Motion granted. Order will be entered.

FILED
3/1/21 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**