## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marc D. Kinander<br>Kristen H. Kinander aka Kristen Lynn Kinander<br>       Debtor(s) | BK. NO. 18-23425 CMB |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>       Movant<br>    v.<br>Marc D. Kinander<br>Kristen H. Kinander aka Kristen Lynn Kinander<br>       Respondent<br>    and<br>Ronda J. Winnecour, Trustee<br>       Additional Respondent | CHAPTER 13<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY<br>RULE 9013.4 SECTION 6(a)<br><br>Related to Doc. No. 50 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

  AND NOW, this 1st day of March, 2021, at Pittsburgh, upon Motion of PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns, it is

  **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2982 Kestner Avenue, Pittsburgh, PA 15227 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

FILED
3/1/21 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge