Case 18-23425-CMB    Doc 56-1    Filed 03/01/21    Entered 03/01/21 13:56:28    Desc BNC
PDF Notice: Notice Recipients    Page 1 of 1

# Notice Recipients

District/Off: 0315−2         User: dric              Date Created: 3/1/2021
Case: 18−23425−CMB           Form ID: pdf900         Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Marc D. Kinander     2982 Kestner Avenue     Pittsburgh, PA 15227
jdb    Kristen H. Kinander    2982 Kestner Avenue     Pittsburgh, PA 15227

                                                          TOTAL: 2