IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Marc D. Kinander and | ) | Case No. 18-23425 CMB |
| Kristen H. Kinander, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Related to Docket No. 62 |
| | ) | |
| Marc D. Kinander, | ) | |
| Social Security No. XXX-XX-3603 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| McKesson Medical-Surgical Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 4, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-Served by CM/ECF filing
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Marc D. Kinander
2982 Kestner Avenue
Pittsburgh, PA 15227

McKesson Medical-Surgical Inc.
Attn: Payroll Dept.
790 One Post Street
San Francisco, CA 94104

Date of Service: March 4, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg , Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000