**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/14/2021

IN RE:

MARC D. KINANDER
KRISTEN H. KINANDER
2982 KESTNER AVENUE
PITTSBURGH,  PA  15227
XXX-XX-3603           Debtor(s)

XXX-XX-9763

Case No.18-23425 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0551 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br>IRVING, TX  75014-1419 | Trustee Claim Number: 3   INT %: 6.29%<br>Court Claim Number: 3<br>CLAIM: 27,669.87<br>COMMENT: $CL-PL@6.29%PL*FR FNB-DOC 40 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7611 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 29,614.17<br>COMMENT: RS/OE*SURR/PL*CL17GOV*PMT/DECL*BGN 8/18 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3262 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,947.69<br>COMMENT: CL2GOVS*6004.79@3%/PL~STAT ISSUE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3603 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6348 |
| **ARM**<br>1815 CHANDLERSVILLE RD<br>ZANESVILLE, OH  43701 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4141 |
| **BAY AREA CREDIT SERVICE**<br>POB 467600<br>ATLANTA, GA  31146 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9446 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2353 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 643.70<br>COMMENT: 8E15/SCH*SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0551 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 8580~0055/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8580 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 2,160.94<br>COMMENT: DELL FINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3813 |
| **FOUNDATION RADIOLOGY GROUP**<br>PO BOX 1198<br>SOMERSET, PA 15501 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1209 |
| **FREEDOM PLUS**<br>C/O FREEDOM FINANCIAL ASSET MGMNT LLC<br>PO BOX 204971<br>DALLAS, TX 75320 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 9,921.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4683 |
| **JEFFERSON HILLS SURGICAL SPEC**<br>1200 BROOKS LN STE 170<br>JEFFERSON HILLS, PA 15025 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6848 |
| **JEFFERSON HOSPITAL++**<br>PO BOX 3475<br>TOLEDO, OH 43607-0475 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1154 |
| **US DEPARTMENT OF EDUCATION/MOHELA**<br>PO BOX 790233<br>ST LOUIS, MO 63179 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 97,712.64<br>COMMENT: 1370/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9763 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 703.00<br>COMMENT: 0100/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,363.22<br>COMMENT: 7724/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 332.02<br>COMMENT: 7724/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **SOUTH PITTSBURGH ANESTHESIA ASSOCIATES**<br>1699 WASHINGTON RD STE 307<br>PITTSBURGH, PA 15228-1629 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7031 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,356.89<br>COMMENT: 6754/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4243 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,057.07<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 4,028.49<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8340 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 4,947.65<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9763 |
| **NAVIENT PC TRUST**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,436.43<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9763 |
| **NAVIENT CFC**<br>C/O NAVIENT SOLUTIONS INC<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 5,642.41<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9763 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 77.52<br>COMMENT: NT/SCH*CHARGE OFF: 4/16/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 3,493.61<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1968 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 51.64<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2528 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 1,857.18<br>COMMENT: RS/OE*CL17GOV*$0ARRS/PL*THRU 7/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3262 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 19-2 | CLAIM: 125,390.46<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3603 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 687.83<br>COMMENT: NO ACCT/SCH*CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6498 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 319.52<br>COMMENT: NT/SCH*COMENITY CAP/PAYPAL*FR SYNCHRONY-DOC 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4250 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |