IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Marc D. Kinander and | ) | Bankruptcy No. 18-23425 CMB |
| Kristen H. Kinander, | ) | Chapter 13 |
| Debtors | ) | Document No. |
| | ) | |
| Marc D. Kinander and | ) | |
| Kristen H. Kinander, | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the Movants, Marc D. Kinander and Kristen H. Kinander, by and through their attorney, Christopher M. Frye and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. At the time of filing, the Movants had an address of 2982 Kestner Avenue Pittsburgh, PA 15227.

2. The Movants have since moved and their new address is 1407 Julian Cove Auburndale, FL 33823.

WHEREFORE, the Movants, Marc D. Kinander and Kristen H. Kinander, respectfully file this Notice of Change of Address.

Respectfully submitted,

September 26, 2023
DATE

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
chris.frye@steidl-steinberg.com
PA I.D. No. 208402