IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Marc D. Kinander ) | Case No. 18-23425 CMB |
| Kristen H. Kinander ) | |
|    Debtor ) | Chapter 13 |
| ) | Document No. 74 |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, ARM Inc., AT&T Mobility, AHN, Bay Area ) | |
| Credit Service, Capital One, Care Credit/Synchrony ) | |
| Bank, JP Morgan Chase, Client Services, Dell Financial ) | |
| Services, Duquesne Light Co., First National Bank of ) | |
| PA, Foundation Radiology, Freedom Financial Asset ) | |
| Management, IRS, Jefferson Hills Surgical, Jefferson ) | |
| Hospital, LVNV Funding, Lending Club, Mohela, ) | |
| Navient CFC, Peritus Portfolio Services, PNC Bank, ) | |
| PNC Retail Lending, PRA Receivables, PA Dept. of ) | **ENTERED BY DEFAULT** |
| Revenue, Peoples Natural G, Portfolio Recovery Assoc., ) | |
| South Pittsburgh Anesthesia, Verizon, WFFNABaank, ) | |
| Wells Fargo Bank ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __5th__ day of __October__, 2023, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $3,175.00 for work performed in the Chapter 13 case by Debtors' counsel from June 11, 2017, to September 8, 2023.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a 600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

fees in this case for Debtor's counsel is $7,175.00, with the total to be paid through the Plan by the Trustee being up to $6,575.00 (representing the $3,400.00 previously approved to be paid (as set forth above), $1,000.00 confirmed as part of the amended plan dated February 26, 2021 (found at docket no. 54) and confirmed on May 3, 2021 (at docket no. 68) and a remaining amount up to $2,175.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $3,175.00

_Carlota M. Böhm_
Hon. Carlota M. Bohm **dmr**
United States Bankruptcy Judge

FILED
10/5/23 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marc D. Kinander  
Kristen H. Kinander  
    Debtors

Case No. 18-23425-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Oct 05, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc D. Kinander, Kristen H. Kinander, 1407 Julian Cove, Auburndale, FL 33823-4063 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Christopher M. Frye  
     on behalf of Debtor Marc D. Kinander chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye  
     on behalf of Joint Debtor Kristen H. Kinander chris.frye@steidl-steinberg.com  
     julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck  
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  
     jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 05, 2023 Form ID: pdf900 Total Noticed: 1

Maria Miksich
    on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8