UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MARC D. KINANDER<br>KRISTEN H. KINANDER<br>         Debtor(s)<br> Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>  MARC D. KINANDER<br>KRISTEN H. KINANDER<br><br>       Respondents | Case No.18-23425CMB<br><br><br>Chapter 13<br><br><br>Document No. 80 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  11th  day of  October , 20 23 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Mckesson Medical-Surgical Inc
Attn: Payroll Manager
790 One Post Street
San Fransico,CA 94104

is hereby ordered to immediately terminate the attachment of the wages of MARC D. KINANDER, social security number XXX-XX-3603.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARC D. KINANDER.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

FILED
10/11/23 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-23425-CMB
Marc D. Kinander     Chapter 13
Kristen H. Kinander
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Oct 11, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Marc D. Kinander, Kristen H. Kinander, 1407 Julian Cove, Auburndale, FL 33823-4063

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Christopher M. Frye
    on behalf of Debtor Marc D. Kinander chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
    on behalf of Joint Debtor Kristen H. Kinander chris.frye@steidl-steinberg.com
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 11, 2023 | Form ID: pdf900 | Total Noticed: 1

Maria Miksich
    on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8