**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARC D. KINANDER<br>KRISTEN H. KINANDER<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>      vs.<br>No Respondents. | Case No.:18-23425<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2018 and confirmed on 10/22/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,813.25 |
| Less Refunds to Debtor | 462.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,351.25 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,814.24 | |
|    Trustee Fee | 4,677.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,492.01 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 29,614.17 | 29,614.17 | 0.00 | 29,614.17 |
|     Acct: 3262 | | | | |
|   PNC BANK NA | 1,857.18 | 1,857.18 | 0.00 | 1,857.18 |
|     Acct: 3262 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 27,669.87 | 27,669.87 | 4,738.79 | 32,408.66 |
|     Acct: 7611 | | | | |
| | | | | 63,880.01 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARC D. KINANDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARC D. KINANDER | 462.00 | 462.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,414.24 | 2,414.24 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,947.69 | 3,947.69 | 0.00 | 3,947.69 |
|     Acct: 3603 | | | | |
| | | | | 3,947.69 |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6348 | | | | |
|   ARM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4141 | | | | |
|   BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9446 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2353 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 643.70 | 46.35 | 0.00 | 46.35 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0551 | | | | |
| | CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8580 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,160.94 | 155.59 | 0.00 | 155.59 |
| | Acct: 3813 | | | | |
| | FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1209 | | | | |
| | FREEDOM PLUS | 9,921.85 | 714.37 | 0.00 | 714.37 |
| | Acct: 4683 | | | | |
| | JEFFERSON HILLS SURGICAL SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6848 | | | | |
| | JEFFERSON HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1154 | | | | |
| | US DEPARTMENT OF EDUCATION/MOHEL | 97,712.64 | 7,035.31 | 0.00 | 7,035.31 |
| | Acct: 9763 | | | | |
| | NAVIENT CFC | 703.00 | 50.62 | 0.00 | 50.62 |
| | Acct: 3603 | | | | |
| | NAVIENT CFC | 1,363.22 | 98.15 | 0.00 | 98.15 |
| | Acct: 3603 | | | | |
| | NAVIENT CFC | 332.02 | 23.91 | 0.00 | 23.91 |
| | Acct: 3603 | | | | |
| | SOUTH PITTSBURGH ANESTHESIA ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7031 | | | | |
| | WELLS FARGO BANK NA | 2,356.89 | 169.70 | 0.00 | 169.70 |
| | Acct: 4243 | | | | |
| | INTERNAL REVENUE SERVICE* | 2,057.07 | 148.11 | 0.00 | 148.11 |
| | Acct: 3603 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,028.49 | 290.05 | 0.00 | 290.05 |
| | Acct: 8340 | | | | |
| | NAVIENT PC TRUST | 4,947.65 | 356.23 | 0.00 | 356.23 |
| | Acct: 9763 | | | | |
| | NAVIENT PC TRUST | 2,436.43 | 175.42 | 0.00 | 175.42 |
| | Acct: 9763 | | | | |
| | NAVIENT CFC | 5,642.41 | 406.25 | 0.00 | 406.25 |
| | Acct: 9763 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 77.52 | 5.58 | 0.00 | 5.58 |
| | Acct: 0001 | | | | |
| | AT & T MOBILITY II LLC | 3,493.61 | 251.54 | 0.00 | 251.54 |
| | Acct: 1968 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 51.64 | 3.72 | 0.00 | 3.72 |
| | Acct: 2528 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEF | 125,390.46 | 9,028.11 | 0.00 | 9,028.11 |
| | Acct: 3603 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 687.83 | 49.52 | 0.00 | 49.52 |
| | Acct: 6498 | | | | |
| | LVNV FUNDING LLC | 319.52 | 23.01 | 0.00 | 23.01 |
| | Acct: 4250 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0551 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

18-23425                                                                                                     Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 19,031.54 |
| **TOTAL PAID TO CREDITORS** | | | | | 86,859.24 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 3,947.69 | | | | |
| SECURED | 59,141.22 | | | | |
| UNSECURED | 264,326.89 | | | | |

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARC D. KINANDER
KRISTEN H. KINANDER
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-23425

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Marc D. Kinander  
Kristen H. Kinander  
    Debtors

Case No. 18-23425-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: pdf900      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc D. Kinander, Kristen H. Kinander, 1407 Julian Cove, Auburndale, FL 33823-4063 |
| 14906473 | + | ARM Inc, PO Box 277690, Hollywood, FL 33027-7690 |
| 14906472 | + | Allegheny Health Network, 565 Coal Valley Road, Clairton, PA 15025-3703 |
| 14906481 | + | Foundation Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 14906485 | + | Jefferson Hills Surgical, 1200 Brooks Lane Suite 170, Jefferson Hills, PA 15025-3759 |
| 14906486 | | Jefferson Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 14906492 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14906493 | | South Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 27 2023 00:20:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14940558 | + | Email/Text: g20956@att.com | Oct 27 2023 00:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14906474 | ^ | MEBN | Oct 27 2023 00:07:46 | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14906475 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2023 01:13:43 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14934191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2023 01:01:11 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14906476 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:28:33 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14906478 | + | Email/Text: mediamanagers@clientservices.com | Oct 27 2023 00:19:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14906479 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 27 2023 00:28:02 | Dell, PO Box 6403, Carol Stream, IL 60197 |
| 14942689 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 27 2023 00:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14906482 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 27 2023 00:19:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 14934566 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 27 2023 00:19:00 | Freedom Plus, Box 2340, Phoenix, AZ 85002 |

Case 18-23425-CMB   Doc 86   Filed 10/28/23   Entered 10/29/23 00:26:39   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14906480 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Oct 27 2023 00:20:00 | | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14906483 | | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 27 2023 00:20:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906477 | | Email/PDF: ais.chase.ebn@aisinfo.com Oct 27 2023 00:42:30 | | Chase, PO Box 6294, Carol Stream, IL 60197 |
| 15160107 | | Email/PDF: resurgentbknotifications@resurgent.com Oct 27 2023 00:28:39 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14906487 | + | Email/Text: Documentfiling@lciinc.com Oct 27 2023 00:19:00 | | Lending Club, Department 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14906488 | | Email/Text: EBN@Mohela.com Oct 27 2023 00:20:00 | | Mohela, PO Box 105347, Atlanta, GA 30348 |
| 14910233 | | Email/Text: EBN@Mohela.com Oct 27 2023 00:20:00 | | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 14929814 | | Email/PDF: pa_dc_claims@navient.com Oct 27 2023 00:28:35 | | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14933698 | | Email/PDF: pa_dc_claims@navient.com Oct 27 2023 00:28:43 | | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14906489 | + | Email/PDF: pa_dc_claims@navient.com Oct 27 2023 00:28:34 | | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14945804 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Oct 27 2023 00:28:43 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15318942 | | Email/Text: peritus@ebn.phinsolutions.com Oct 27 2023 00:22:00 | | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14942746 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 27 2023 00:19:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14926965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 27 2023 00:28:46 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14909034 | + | Email/PDF: rmscedi@recoverycorp.com Oct 27 2023 00:28:21 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946300 | + | Email/Text: bncmail@w-legal.com Oct 27 2023 00:21:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14938185 | | Email/PDF: ebn_ais@aisinfo.com Oct 27 2023 00:28:21 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14906494 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 27 2023 00:28:25 | | WFFNATBank, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14928981 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 27 2023 00:28:35 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14906484 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 14906490 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14906491 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Marc D. Kinander chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Kristen H. Kinander chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8