**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marc D. Kinander<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3603<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kristen H. Kinander<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9763<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–23425–CMB | |

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marc D. Kinander                                    Kristen H. Kinander
                                                    aka Kristen Lynn Kinander

12/20/23                                            **By the court:** Carlota M Bohm
                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23425-CMB
Marc D. Kinander  Chapter 13
Kristen H. Kinander
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 20, 2023     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc D. Kinander, Kristen H. Kinander, 1407 Julian Cove, Auburndale, FL 33823-4063 |
| 14906473 | + | ARM Inc, PO Box 277690, Hollywood, FL 33027-7690 |
| 14906472 | + | Allegheny Health Network, 565 Coal Valley Road, Clairton, PA 15025-3703 |
| 14906481 | + | Foundation Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 14906485 | + | Jefferson Hills Surgical, 1200 Brooks Lane Suite 170, Jefferson Hills, PA 15025-3759 |
| 14906486 | | Jefferson Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 14906492 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14906493 | | South Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 21 2023 04:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14940558 | + | EDI: CINGMIDLAND.COM | Dec 21 2023 04:52:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14906474 | | ^ MEBN | Dec 20 2023 23:58:53 | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14906475 | + | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14934191 | | EDI: CAPITALONE.COM | Dec 21 2023 04:52:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 18-23425-CMB    Doc 89    Filed 12/22/23    Entered 12/23/23 00:28:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 14906476 | + EDI: SYNC | Dec 21 2023 04:52:00 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14906478 | + Email/Text: mediamanagers@clientservices.com | Dec 21 2023 00:00:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14906479 | Email/PDF: DellBKNotifications@resurgent.com | Dec 21 2023 00:23:13 | Dell, PO Box 6403, Carol Stream, IL 60197 |
| 14942689 | + Email/Text: kburkley@bernsteinlaw.com | Dec 21 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14906482 | Email/Text: bk@freedomfinancialnetwork.com | Dec 21 2023 00:00:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 14934566 | Email/Text: bk@freedomfinancialnetwork.com | Dec 21 2023 00:00:00 | Freedom Plus, Box 2340, Phoenix, AZ 85002 |
| 14906480 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 21 2023 00:00:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14906483 | EDI: IRS.COM | Dec 21 2023 04:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906477 | EDI: JPMORGANCHASE | Dec 21 2023 04:52:00 | Chase, PO Box 6294, Carol Stream, IL 60197 |
| 15160107 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2023 00:10:43 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14906487 | + EDI: LENDNGCLUB | Dec 21 2023 04:52:00 | Lending Club, Department 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14906488 | Email/Text: EBN@Mohela.com | Dec 21 2023 00:00:00 | Mohela, PO Box 105347, Atlanta, GA 30348 |
| 14910233 | Email/Text: EBN@Mohela.com | Dec 21 2023 00:00:00 | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 14929814 | EDI: NAVIENTFKASMSERV.COM | Dec 21 2023 04:52:00 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14933698 | EDI: NAVIENTFKASMSERV.COM | Dec 21 2023 04:52:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14906489 | + EDI: NAVIENTFKASMSERV.COM | Dec 21 2023 04:52:00 | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14945804 | EDI: MAXMSAIDV | Dec 21 2023 04:52:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15318942 | Email/Text: peritus@ebn.phinsolutions.com | Dec 21 2023 00:01:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14942746 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 21 2023 00:00:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14926965 | EDI: PRA.COM | Dec 21 2023 04:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14909034 | + EDI: RECOVERYCORP.COM | Dec 21 2023 04:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946300 | + Email/Text: bncmail@w-legal.com | Dec 21 2023 00:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14938185 | EDI: AIS.COM | Dec 21 2023 04:52:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14906494 | + EDI: WFFC2 | Dec 21 2023 04:52:00 | WFFNATBank, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14928981 | EDI: WFFC2 | Dec 21 2023 04:52:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 18-23425-CMB    Doc 89    Filed 12/22/23    Entered 12/23/23 00:28:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 3180W | Total Noticed: 40 |
| TOTAL: 34 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14906484 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906490 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14906491 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Marc D. Kinander chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Kristen H. Kinander chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8