## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARC D. KINANDER
KRISTEN H. KINANDER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-23425

Chapter 13

Document No.:   83

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __20th__ day of __December__, 20__23__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/20/23 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_/s/ Carlota M. Böhm_ dmr
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23425-CMB |
| Marc D. Kinander | Chapter 13 |
| Kristen H. Kinander | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marc D. Kinander, Kristen H. Kinander, 1407 Julian Cove, Auburndale, FL 33823-4063 |
| 14906473 | + | ARM Inc, PO Box 277690, Hollywood, FL 33027-7690 |
| 14906472 | + | Allegheny Health Network, 565 Coal Valley Road, Clairton, PA 15025-3703 |
| 14906481 | + | Foundation Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 14906485 | + | Jefferson Hills Surgical, 1200 Brooks Lane Suite 170, Jefferson Hills, PA 15025-3759 |
| 14906486 | | Jefferson Hospital, PO Box 3475, Toledo, OH 43607-0475 |
| 14906492 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14906493 | | South Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 21 2023 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14940558 | + | Email/Text: g20956@att.com | Dec 21 2023 00:01:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14906474 | ^ | MEBN | Dec 20 2023 23:58:54 | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 14906475 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:22:58 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14934191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2023 00:22:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14906476 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 21 2023 00:09:47 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14906478 | + | Email/Text: mediamanagers@clientservices.com | Dec 21 2023 00:00:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 14906479 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 21 2023 00:23:16 | Dell, PO Box 6403, Carol Stream, IL 60197 |
| 14942689 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 21 2023 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14906482 | | Email/Text: bk@freedomfinancialnetwork.com | Dec 21 2023 00:00:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 14934566 | | Email/Text: bk@freedomfinancialnetwork.com | Dec 21 2023 00:00:00 | Freedom Plus, Box 2340, Phoenix, AZ 85002 |

Case 18-23425-CMB   Doc 90   Filed 12/22/23   Entered 12/23/23 00:28:59   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14906480 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Dec 21 2023 00:00:00 | | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14906483 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 21 2023 00:01:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14906477 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 21 2023 00:23:31 | | Chase, PO Box 6294, Carol Stream, IL 60197 |
| 15160107 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 21 2023 00:23:15 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14906487 | + | Email/Text: Documentfiling@lciinc.com Dec 21 2023 00:00:00 | | Lending Club, Department 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14906488 | | Email/Text: EBN@Mohela.com Dec 21 2023 00:00:00 | | Mohela, PO Box 105347, Atlanta, GA 30348 |
| 14910233 | | Email/Text: EBN@Mohela.com Dec 21 2023 00:00:00 | | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield, Mo 63005 |
| 14929814 | | Email/PDF: pa_dc_claims@navient.com Dec 21 2023 00:09:18 | | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14933698 | | Email/PDF: pa_dc_claims@navient.com Dec 21 2023 00:09:52 | | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14906489 | + | Email/PDF: pa_dc_claims@navient.com Dec 21 2023 00:23:34 | | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14945804 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Dec 21 2023 00:23:06 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15318942 | | Email/Text: peritus@ebn.phinsolutions.com Dec 21 2023 00:01:00 | | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14942746 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 21 2023 00:00:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14926965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2023 00:22:57 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14909034 | + | Email/PDF: rmscedi@recoverycorp.com Dec 21 2023 00:10:42 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946300 | + | Email/Text: bncmail@w-legal.com Dec 21 2023 00:01:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14938185 | | Email/PDF: ebn_ais@aisinfo.com Dec 21 2023 00:23:03 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14906494 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 21 2023 00:23:36 | | WFFNATBank, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14928981 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 21 2023 00:09:56 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14906484 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| 14906490 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |
| 14906491 | *+ | Navient, PO Box 9533, Wilkes Barre, PA 18773-9533 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Marc D. Kinander chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
on behalf of Joint Debtor Kristen H. Kinander chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
on behalf of Creditor PNC Bank National Association mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8