**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARC D. KINANDER<br>KRISTEN H. KINANDER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Case No.:18-23425 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/30/2018 and confirmed on 10/22/2018. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 99,661.25 |
| Less Refunds to Debtor | 2,310.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 97,351.25 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,814.24 | |
|     Trustee Fee | 4,677.77 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,492.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     PNC BANK NA | 29,614.17 | 29,614.17 | 0.00 | 29,614.17 |
|         Acct: 3262 | | | | |
|     PNC BANK NA | 1,857.18 | 1,857.18 | 0.00 | 1,857.18 |
|         Acct: 3262 | | | | |
|     PERITUS PORTFOLIO SERVICES* | 27,669.87 | 27,669.87 | 4,738.79 | 32,408.66 |
|         Acct: 7611 | | | | |
| | | | | 63,880.01 |
| **Priority** | | | | |
|     CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MARC D. KINANDER | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MARC D. KINANDER | 462.00 | 462.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MARC D. KINANDER | 924.00 | 924.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MARC D. KINANDER | 924.00 | 924.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| 18-23425 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,414.24 | 2,414.24 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-23 | | | | |
| INTERNAL REVENUE SERVICE* | 3,947.69 | 3,947.69 | 0.00 | 3,947.69 |
| Acct: 3603 | | | | |
| | | | | 3,947.69 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6348 | | | | |
| ARM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4141 | | | | |
| BAY AREA CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9446 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2353 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 643.70 | 46.35 | 0.00 | 46.35 |
| Acct: 0551 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8580 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,160.94 | 155.59 | 0.00 | 155.59 |
| Acct: 3813 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1209 | | | | |
| FREEDOM PLUS | 9,921.85 | 714.37 | 0.00 | 714.37 |
| Acct: 4683 | | | | |
| JEFFERSON HILLS SURGICAL SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6848 | | | | |
| JEFFERSON HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1154 | | | | |
| US DEPARTMENT OF EDUCATION/MOHEL | 97,712.64 | 7,035.31 | 0.00 | 7,035.31 |
| Acct: 9763 | | | | |
| NAVIENT CFC | 703.00 | 50.62 | 0.00 | 50.62 |
| Acct: 3603 | | | | |
| NAVIENT CFC | 1,363.22 | 98.15 | 0.00 | 98.15 |
| Acct: 3603 | | | | |
| NAVIENT CFC | 332.02 | 23.91 | 0.00 | 23.91 |
| Acct: 3603 | | | | |
| SOUTH PITTSBURGH ANESTHESIA ASSO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7031 | | | | |
| WELLS FARGO BANK NA | 2,356.89 | 169.70 | 0.00 | 169.70 |
| Acct: 4243 | | | | |
| INTERNAL REVENUE SERVICE* | 2,057.07 | 148.11 | 0.00 | 148.11 |
| Acct: 3603 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,028.49 | 290.05 | 0.00 | 290.05 |
| Acct: 8340 | | | | |
| NAVIENT PC TRUST | 4,947.65 | 356.23 | 0.00 | 356.23 |
| Acct: 9763 | | | | |
| NAVIENT PC TRUST | 2,436.43 | 175.42 | 0.00 | 175.42 |
| Acct: 9763 | | | | |
| NAVIENT CFC | 5,642.41 | 406.25 | 0.00 | 406.25 |
| Acct: 9763 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 77.52 | 5.58 | 0.00 | 5.58 |
| Acct: 0001 | | | | |

| 18-23425 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| AT & T MOBILITY II LLC | 3,493.61 | 251.54 | 0.00 | 251.54 |
| Acct: 1968 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 51.64 | 3.72 | 0.00 | 3.72 |
| Acct: 2528 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 125,390.46 | 9,028.11 | 0.00 | 9,028.11 |
| Acct: 3603 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 687.83 | 49.52 | 0.00 | 49.52 |
| Acct: 6498 | | | | |
| LVNV FUNDING LLC | 319.52 | 23.01 | 0.00 | 23.01 |
| Acct: 4250 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0551 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,031.54 |

| TOTAL PAID TO CREDITORS | 86,859.24 |
|---|---|

TOTAL CLAIMED
PRIORITY         3,947.69
SECURED         59,141.22
UNSECURED      264.326.89

Date: 01/04/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com